IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP 29 PM 5:05
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND TEXAS ASSOCIATION OF BUSINESS, PLAINTIFFS, <br><br> V. <br><br> INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF THE TREASURY, JOHN A. KOSKINEN, AND JACOB J. LEW, DEFENDANTS. | § § § § § § § § § § § § § CAUSE NO. 1:16-CV-944-LY |

## FINAL JUDGMENT

Before the court is the above-entitled cause. On this date, the court rendered a separate order by which the court granted in part and denied in part Plaintiffs' motion for summary judgment. Accordingly, the court renders the following final judgment.

**IT IS ORDERED** that judgment is rendered in favor of Plaintiffs on their claim that Defendants' issuance of the multiple acquisitions rule, 26 C.F.R. § 1.7874-8T, violated the Administrative Procedures Act by failing to provide notice and an opportunity for comment. *See* 5 U.S.C. § 553. Because the Rule was promulgated "without observance of procedure required by law,"

**IT IS THEREFORE ORDERED** that 26 C.F.R. § 1.7874-8T is **SET ASIDE**. *See* 5 U.S.C. § 706.

**IT IS FURTHER ORDERED** that Plaintiffs shall **TAKE NOTHING** on the remainder of their claims.

**IT IS FURTHER ORDERED** that costs are awarded to Plaintiffs.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this 29th day of September, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE