DAVID A. HUBBERT
Deputy Assistant Attorney General

ADAM D. STRAIT (Mass. BBO No. 670484)
MICHELLE C. JOHNS (Texas SBN 24010135)
PAUL T. BUTLER (MD Bar No. 9406230037)
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-2135
Fax: (202) 307-2135
adam.d.strait@usdoj.gov

*Of counsel:*
RICHARD L. DURBIN
United States Attorney
Western District of Texas

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, and TEXAS ASSOCIATION OF BUSINESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; DAVID J. KAUTTER, in his official capacity as Acting Commissioner of Internal Revenue; and STEVEN T. MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br><br>*Defendants*. | No. 1:16-cv-944-LY<br><br>**Defendants' Certificate Regarding Transcripts** |

Defs.' Certificate re: Transcripts - 1

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), the defendants respectfully certify that no further transcripts will be ordered, because the entire transcript has already been prepared. The transcript consists of the following:

- Transcript of Telephone Conference held November 16, 2016 (Dkt. 56)

- Transcript of Oral Argument on Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary Judgment held January 18, 2017 (Dkt. 63)

        Respectfully submitted,

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

Date: November 27, 2017    /s/ Adam Strait
        ADAM D. STRAIT (Mass. BBO No. 670484)
        PAUL T. BUTLER (MD Bar No. 9406230037)
        Trial Attorneys
        U.S. Department of Justice, Tax Division
        P.O. Box 683
        Washington, D.C. 20044-0683
        Telephone: (202) 307-2135
        Fax: (202) 307-2135
        adam.d.strait@usdoj.gov
        paul.t.butler@usdoj.gov

        MICHELLE C. JOHNS
        Texas State Bar No. 24010135
        Department of Justice, Tax Division
        717 N. Harwood, Suite 400
        Dallas, Texas 75201
        (214) 880-9762
        (214) 880-9741 (FAX)
        michelle.c.johns@usdoj.gov

        *Of counsel:*
        RICHARD L. DURBIN
        United States Attorney
        Western District of Texas

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I filed the foregoing with the Court in this case through the Court's CM/ECF system. I further certify that as a result of filing the document with the Court, pursuant to Local Rule CV-5(b), I served a copy of it on the following:

Laura Durfee (ldurfee@jonesday.com)

Michael A. Carvin (macarvin@jonesday.com)

Andrew M. Eisenberg (ameisenberg@jonesday.com)

Jacob M. Roth (yroth@jonesday.com)

Raymond J. Wiacek (rjwiacek@jonesday.com)

*Attorneys for the Plaintiffs*

Lily Fu Claffee (lclaffee@uschamber.com)

Steven P. Lehotsky (slehotsky@uschamber.com)

Warren Postman (wpostman@uschamber.com)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

Rachel Abelson Harris (rachel.harris@squirepb.com)

Pierre H. Bergeron (pierre.bergeron@squirepb.com)

Charles E. Talisman (charlestailsman@squirepb.com)

Linda Kelly (LKelly@NAM.org)

\\

Defs.' Certificate re: Transcripts - 3

Dylan O. Drummond (dylan.drummond@squirepb.com)

*Attorneys for Amicus National Association of Manufacturers*


Date: November 27, 2017         /s/ Adam Strait
                                              ADAM D. STRAIT
                                              Trial Attorney
                                              U.S. Department of Justice, Tax Division